NED K. FINKELSTEIN, RESPONDENT, v. HERMAN
GEISMAR, APPELLANT.

Submitted March 25, 1918—Decided May 3, 1918.

On appeal from the Supreme Court, whose opinion is reported in 91 *N. J. L.* 46.

For the respondent, *McDermott & Enright.*

For the appellant, *Weller & Lichtenstein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, BERGEN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 11.

*For reversal*—None.